UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  'O'  JS-6

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-01793-CAS | Date | January 13, 2017 |
| Title | IN RE: MATTHEW MESSINGHAM AND ELISE MESSINGHAM | | |

Bankruptcy No: 2:14-bk-10910-ER; Adversary No: 2:14-ap-01525-ER

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS) - ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES BANKRUPTCY JUDGE

Pursuant to <u>Stern v. Marshall</u>, 564 U.S. 462 (2011), the Court has reviewed the Report and Recommendation of the United States Bankruptcy Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Bankruptcy Judge's Report and adopts it as its own findings and conclusions.

Accordingly, the Court **GRANTS** the Chapter 7 Trustee's motion to dismiss and the amended counterclaim is **DISMISSED** without leave to amend.

IT IS SO ORDERED.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |